814

No. 88.   GULF OIL CORP. *v.* NEWTON ET AL.   C. A. 3d Cir.   Certiorari denied.   *Thomas E. Byrne, Jr.* for petitioner.   *Abraham E. Freedman* for respondents. ▓

No. 90.   COMMISSIONER OF INTERNAL REVENUE *v.* BROWN ET VIR.   C. A. 3d Cir.   Certiorari denied.   *Solicitor General Perlman* for petitioner.   *Geo. E. H. Goodner* and *Scott P. Crampton* for respondents. ▓

No. 91.   MAY, STERN & Co. *v.* COMMISSIONER OF INTERNAL REVENUE.   C. A. 3d Cir.   Certiorari denied. *Louis Caplan* and *Charles C. MacLean, Jr.* for petitioner. *Solicitor General Perlman, Assistant Attorney General Caudle, Ellis N. Slack, Lee A. Jackson* and *Irving I. Axelrad* for respondent. ▓

No. 92.   ATLANTIC COAST LINE RAILROAD Co. *v.* HILL. Supreme Court of North Carolina.   Certiorari denied. *Charles Cook Howell* and *F. S. Spruill* for petitioner. *Harold D. Cooley, Hubert E. May* and *Francis E. Winslow* for respondent. ▓

No. 94.   TRUST COMPANY OF GEORGIA *v.* ALLEN, COLLECTOR OF INTERNAL REVENUE.   C. A. 5th Cir.   Certiorari denied.   *Furman Smith* for petitioner.   *Solicitor General Perlman, Assistant Attorney General Caudle, Ellis N. Slack, Lee A. Jackson* and *Fred E. Youngman* for respondent. ▓

No. 95.   HOLLY STORES, INC. *v.* JUDIE ET AL.   C. A. 7th Cir.   Certiorari denied.   *S. J. Crumpacker, Sr.* for petitioner. ▓